IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MARTAVIOUS GATES, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00025-MTT-CHW |
| | * |
| WARDEN T SMITH, et al , | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 11, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants.  Plaintiff shall recover nothing of Defendants.  Defendants shall also recover costs of this action.

This 14th day of February, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk